USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/2026

RAS
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
LAW OFFICES

Sara Z. Boriskin, Esquire
*Managing Partner, New York Office*

900 Merchants Concourse,
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 516-280-7674
www.raslegalgroup.com

James Robertson, Esquire*
Everett Anschutz, Esquire**
David J. Schneid, Esquire**
John T. Crane, Esquire**

* Deceased
**Not Admitted to Practice in New York

October 5, 2026

**The proceedings are stayed while the parties engage in the loan modification process. The parties are kindly directed to file a status update on or before November 6, 2026.**

**Dated: October 7, 2026**
**White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

**VIA ECF**
Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Onity Mortgage Corporation v. Brown
Docket No: 26-cv-05597-NSR

Dear Honorable Judge Roman:

As you are aware, our office represents the Plaintiff in the referenced action. We write in response to the Defendant's letter requesting a stay of the proceedings. As the parties are engaged in the loan modification process, Plaintiff does not object to Defendant's request. The third payment under the trial payment plan is due by October 31, 2026. If the Defendant makes the payment timely, the Defendant will be reviewed for a permanent modification. We will update the court on the status of the modification process.

Respectfully submitted,

*/s/ Phionah N. Brown*
Phionah N. Brown, Esq.

**CC: Thelma Brown- Via email - verdieheron@gmail.com**